EXHIBIT 1

**EXHIBIT 1**

James Weiler; AZ Bar No. 034371
**WEILER LAW PLLC**
5050 N.40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
jweiler@weilerlaw.com
www.weilerlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Carlos Noperi**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Viva Burrito Development Corporation**, an Arizona company; and **Juan Beltran** an Arizona resident;<br><br>Defendants. | Case No. 4:25-CV-00213-JCH<br><br>**DECLARATION OF CARLOS NOPERI**<br><br>**(Assigned to the Hon. John C. Hinderaker)** |

I, Carlos Noperi, declare and state under penalty of perjury, the following:

1. I am above the age of 21 and I make this declaration from my own personal knowledge and experience working for Defendants.

2. I was employed by Defendants full-time.

3. I worked for Defendants from on or around December 31, 2008, to on or around March 25, 2025.

4. I was paid $15.00 an hour.

5. I was paid straight time for hours worked over 40 hours per week.

6. I was regularly working 12-hour days, 7 days a week.

7. I was expected to work every single day.

8. My coworker Anthony (surname) unknown, who is a cashier, witnessed me working long shifts.

9. My coworker Alexis (surname) unknown, who is a cashier, witnessed me working long shifts.

10. My coworker Carolino (surname) unknown, who is a cashier, witnessed me working long shifts.

11. My supervisor Mya Fillmore witnessed me working long shifts.

12. My manager Flor Tobar witnessed me working long shifts.

13. My coworker Jose Caseeres (surname) unknown, who is a cook, witnessed me working long shifts.

14. Approximately a year or two ago, while at work, I personally discussed with Flor Tobar that I was not receiving overtime pay for hours worked over 40 per week. She disclosed to me that she too was often missing overtime wages, but she was scared to speak up about it.

Dated  05 / 16 / 2025

_____
Carlos Noperi

WEILER LAW PLLC
5050 N.40th St., Suite 260, Phoenix, AZ 85018
Tel & Fax: 480.442.3410 – info@weilerlaw.com

Doc ID: de33bd0cef1f66375b7370d89258b4f455d92e69