E
X
H
I
B
I
T

2

# EXHIBIT 2

## NOTICE OF COLLECTIVE ACTION LAWSUIT AGAINST DEFENDANT VIVA BURRITO DEVELOPMENT CORPORATION AND JUAN BELTRAN (collectively "DEFENDANTS")

> The following Notice has been approved by the United States District Court for the District of Arizona. This is not a solicitation from a lawyer. You may have rights under a collective action lawsuit.

**TO:**      **All restaurant workers (or similar job titled); who work[ed] for Defendant Viva Burrito and/or Juan Beltran within the past three years; who work[ed] over 40 hours in any given workweek as a past or present employee; who did not receive time-and-a-half overtime compensation are known as (the "Collective Members").**

**RE:**      **Unpaid Overtime Wage Compensation Lawsuit Filed Against Defendants.**

**ATTN:**    **YOU MUST RETURN THE ENCLOSED "CONSENT TO BECOME A PARTY PLAINTIFF" FORM IF YOU WISH TO PARTICIPATE IN THIS ACTION BY TBD.**

## I.  Introduction

The purpose of this notice is to:

(i)     inform you of a collective action lawsuit brought pursuant to the Fair Labor Standards Act ("FLSA"), which you may elect to join;

(ii)    advise you of how your rights may be affected by this lawsuit; and

(iii)   instruct you on the procedure for participating in the lawsuit.

## II. What Is This Lawsuit About?

On May 7, 2025, Plaintiff commenced a lawsuit against Defendants by filing their Collective Action Complaint in the United States District Court for the District of Arizona. On May 7, 2025, Plaintiff filed their Collective Action Complaint on behalf of themselves and a proposed class of similarly situated individuals who worked for Defendants.  The lawsuit alleges that Defendants unlawfully failed to pay overtime in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (hereinafter "FLSA")

On behalf of the proposed class of workers, Plaintiff seeks to recover overtime wage

compensation, liquidated or double damages, an award of reasonable attorneys' fees, costs and expenses, and such other relief as the Court may deem proper.

The Court has not yet determined the merits of Plaintiff's claims or Defendants' defenses to those claims.

## III.   Why Did I Receive This Notice?

You have received this Notice because Defendants' records indicate you may have work(ed) for them.   If you did and would like to join in this lawsuit against Defendants for a claim for unpaid overtime wage compensation, you may do so.

To join this lawsuit, you must complete and return the enclosed "Consent to Become a Party Plaintiff" form to Plaintiff's attorneys for filing with the Clerk of the Court.  If you do not wish to join the lawsuit, you do not need to do anything.

- **If you wish to join the lawsuit, the "Consent to Become a Party Plaintiff" form must be completed and returned to Plaintiff's attorneys on or before TBD.**

- **If you do not complete and return the "Consent to Become a Party Plaintiff" form to Plaintiff's attorneys by TBD you may not be able to join in this action.**

## IV.  What Happens if I Join This Lawsuit?

If you choose to join in the lawsuit, you will be bound by the decision of the Court or by any settlement of the action.   The named Plaintiff and his attorneys will generally have the right to make decisions concerning the litigation on behalf of the Plaintiffs who opt into the case, and those decisions are generally binding.   If you choose to join this action, you will be represented by the law firm currently representing the named Plaintiffs, unless you elect to retain other counsel of your choosing.

If you join the lawsuit, you will not be required to pay attorneys' fees or expenses in advance. Class counsel may receive a percentage or hourly rate of any money judgment or settlement in favor of you, and others similarly situated, as agreed by contract and/or ordered by the Court.

**Defendants will not take any adverse action against you including retaliating, threatening, or terminating you because you elect to join this action by filling out and returning the "Consent to Become a Party Plaintiff" form, or otherwise exercising your rights under the FLSA.**

## V.   What Happens if I Choose NOT to Join This Lawsuit?

If you choose not to join in this lawsuit, you may not be able to participate in any final resolution, judgment or settlement of the case, and you will not be bound by any resolution of this case.

2

If you do not file a "Consent to Become a Party Plaintiff" form, you will retain your rights to obtain other attorneys to represent you at your expense and file a separate lawsuit, but you must do so within the applicable statute of limitations period.

## VI.  Who Will Be My Attorneys if I Join This Lawsuit?

If you choose to join in this lawsuit, unless you elect to retain other counsel of your choosing, you will be represented by the following Plaintiff's attorneys:

James Weiler
Weiler Law PLLC
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel/Fax: 480.442.3410
Email: info@weilerlaw.com
www.weilerlaw.com

## VII. How Do I Join the Lawsuit?

If you wish to participate in this lawsuit, you must complete and return the "Consent to Become a Party Plaintiff" form, attached as **Exhibit A** below, to Plaintiffs' attorneys by **TBD.**

The Consent Form may be submitted to Plaintiff's attorneys by e-mail or Docu-Sign with the subject line "ECP Lawsuit" to:

**info@weilerlaw.com**

Alternatively, the Consent Form may be submitted to Plaintiff's attorneys by regular mail to:

**Viva Lawsuit**
**Weiler Law PLLC**
**5050 N. 40th St., Suite 260**
**Phoenix, AZ 85018**

After Plaintiff's attorneys receive your signed Consent Form, it will be filed with the Clerk of the Court for the District of Arizona in Phoenix, Arizona.

If you lose or misplace the Consent Form, please contact Plaintiff's attorneys at 480.442.3410 or info@weilerlaw.com.  If you have any questions or concerns, you may call or email Plaintiff's attorneys.

## VIII.    Where Do I Go for More Information?

For further information about this lawsuit, you may telephone the attorneys' phone number that is listed above.

**DO NOT** contact the Court directly with any questions you have regarding this matter.

**This Notice is for the sole purpose of determining the identity of those persons who are "similarly situated" and who wish to be involved in this case. The Court expresses no opinion as to the merits of any claims or defenses asserted by any party to this action.**

## EXHIBIT A

## <u>CONSENT TO JOIN LAWSUIT</u>

By signing below, I confirm I fit into the following definition as a Collective Member:

**All restaurant workers (or similar job titled); who work[ed] for Defendant Viva Burrito and/or Juan Beltran within the past three years; who work[ed] over 40 hours in any given workweek as a past or present employee; who did not receive time-and-a-half overtime compensation are known as (the "Collective Members").**

and I consent to become a party plaintiff in this lawsuit against Defendants for unpaid overtime wage

compensation under the Fair Labor Standards Act, 29 U.S.C. § 201-219 (the "FLSA").  I designate

Weiler Law PLLC to represent me in this action and to negotiate a settlement of any and all overtime

compensation claim(s) I have against Defendants in this lawsuit.


_____
(Signature)


_____
(Date)


_____
(Full Name – Printed)


_____
(Street Address)


_____
 (City)            (State)          (Zip Code)


_____
(Telephone Number)


_____
(E-mail Address)

5