## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Carlos Noperi**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Viva Burrito Development Corporation**, an Arizona company; and **Juan Beltran** an Arizona resident;<br><br>Defendants. | Case No. 4:25-CV-00213-JCH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION**<br><br>**(Assigned to the Hon. John C. Hinderaker)** |

Before the Court is Plaintiff's Motion for Conditional Certification. Having considered the Motion, the Court finds that the proposed Notice of Collective Action and Notice of Consent forms attached to Plaintiff's Motion are accurate, timely, and informative.

Therefore, Plaintiff's Motion for Conditional Certification and Court Supervised Notice of Pending Collective Action is **GRANTED**.

Furthermore, the Court conditionally certifies this matter as a collective action under 29 U.S.C. § 216(b) with respect to all current and former employees as described in

Plaintiffs' Motion for Conditional Certification, who worked for Defendants ("Collective Members").

Defendants shall provide Plaintiff's counsel within three (3) days of this order the names, all known addresses, all known email addresses (work and personal), employee identification number, last four digits of social security numbers, dates of employment, and phone numbers for all Collective Members, ("Class List").

Defendants shall provide such information in a computer-readable format. Plaintiffs' counsel shall mail a copy of the "Notice of Collective Action" and "Consent Form," via regular U.S. Mail and via electronic mail to all persons contained on the list within seven (7) days of receiving the list from Defendants. Collective Members shall also be given the option to execute their Consent Forms electronically online. In the body of the email notice, Plaintiff's counsel shall provide a link for electronic execution of the Consent form. All consent forms shall be returned to Plaintiff's counsel who in turn will be responsible for filing them with the Court.

Defendants shall post the Notice of Collective Action and Consent Form in a conspicuous place at each of their businesses for the full 90-day opt in period.

Defendants shall also include the Notice of Collective Action and Consent Form on the first regular payday after the Court grants this motion with all current workers' paystubs.

The Collective Members shall have ninety (90) days from the date of the mailing of the Notice and Consent Form to file their Notice of Consent opting-in to this lawsuit as plaintiffs, unless good cause can be shown as to why the consent was not postmarked prior to the deadline.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Forty-five (45) days before the deadline to opt in, Plaintiff's counsel shall send the Notice of Collective Action and Consent Form to those class members who have not yet joined the lawsuit in the same manner described above.

Further, Defendants are hereby prohibited from retaliating, directly or indirectly, against any potential Collective Member. Defendants shall instruct all of its owners and managers of this prohibition.