IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Noperi,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Viva Burrito Development Corporation, et al.,<br><br>　　　　Defendants. | No. CV-25-00213-TUC-JCH<br><br>**JUDGMENT** |

　　　　Plaintiff having accepted Defendants' offer of judgment, and the Parties having thereafter consulted and agreed regarding attorneys' fees and costs to be awarded to Plaintiff,

　　　　**IT IS HEREBY ORDERED AND ADJUGED:**

(1) Judgment is entered in favor of Plaintiff Carlos Noperi on his claims against Defendant Viva Burrito Development Corporation, an Arizona company, in the following amounts:

　　　　Compensatory Damages: $3,046.26

　　　　Attorneys' Fees: $12,500.00

　　　　Costs: $571.70

(2) Any and all claims remaining in this action, including those claims against Defendant Juan Beltran, are hereby **dismissed with prejudice**.

(3) The Court shall maintain jurisdiction over this action for the purposes of enforcing this Judgment.

1 **Finding no just reason for delay, the Clerk of the Court is hereby directed to**
2 **enter this Judgment forthwith and close this matter.**

3 Dated this 30th day of July, 2025.

_____
John C. Hinderaker
United States District Judge

- 2 -